IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU, VII, ) | |
| ) | 4:06cv3115 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Filing No. 7, the motion by the plaintiff, Ojore Mulumba Ajamu, VII, for voluntary dismissal of the above-entitled case. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted.

THEREFORE, IT IS ORDERED:

1. That Filing No. 7 is granted, and the above-entitled case is dismissed, without prejudice; and

2. That judgment will be entered accordingly.

DATED this 11th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge